# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,** | : |
| Plaintiff | : CIVIL ACTION |
| | : |
| | : NO. 22-cv-1777 |
| v. | : |
| | : |
| **DREXEL UNIVERSITY,** *et al.* | : |
| Defendant | : |

## LIMITED ENTRY OF APPEARANCE

Kindly enter my appearance in the above captioned case for the Plaintiff for the limited purpose of defending her and her attorney, Brian J. Foley, Esquire, against Defendants' Motion to Disqualify Mr. Foley as her counsel.

/s/ *Lorrie McKinley*
**LORRIE McKINLEY, ESQUIRE**
Attorney I.D. No. 41211
**McKINLEY & RYAN, LLC**
238 West Miner Street
West Chester, PA 19382
(610) 436-6060

Dated: March 11, 2023

## CERTIFICATE OF SERVICE

I, Lorrie McKinley, Esquire, hereby certify that on this date, March 11, 2023, service of the foregoing Limited Entry of Appearance was served by way of the Court's ECF system on counsel as follow:

>Joseph H. Tucker, Esquire
>Leslie Greenspan, Esquire
>Tucker Law Group
>1801 Market Street, Suite 2500
>Philadelphia, PA 19103

LORRIE McKINLEY, ESQUIRE