

May 5, 2023

**VIA ELECTRONIC FILING**
The Honorable Gene E.K. Pratter
United States District Judge
601 Market Street, Room 10613
Philadelphia, PA 19106

RE: Marilyn Gaye Piety Foley v. Drexel University, et. al., E.D. Pa No: 2:22-CV-01777 GEKP

Dear Judge Pratter:

On behalf of the Defendants, Drexel University and Roger Kurtz (the "Drexel Defendants"), this letter responds to Plaintiff's Supplemental Sur-Reply in Opposition to Defendants' Partial Motion to Dismiss Plaintiff's Verified Amended Complaint filed earlier today (doc. 69). Plaintiff suggests to the Court that the issuance of a right to sue notice today on Plaintiff's fourth EEOC Charge warrants dismissal of the entire Partial Motion to Dismiss (doc. 16). This is simply not so. There were multiple arguments in the Drexel Defendants' Motion, and only one of them is impacted by the EEOC's issuance of a right to sue notice.

Respectfully submitted,

*Leslie Miller Greenspan*

Leslie Miller Greenspan

cc: Brian J. Foley, Esquire (via ECF)

*"Making Results Happen"*
*Ten Penn Center • 1801 Market Street, Suite 2500 • Philadelphia, PA 19103*
*Tel 215.875.0609 • Fax 215.559.6209*
*www.tlgattorneys.com*