IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARILYN GAYE PIETY FOLEY,** *Plaintiff* | : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **DREXEL UNIVERSITY** *et al.,* *Defendants* | : : : | **No. 22-1777** |

## ORDER

**AND NOW**, this 23rd day of May, 2023, upon consideration of Drexel University's and Dr. Kurtz's Motion to Disqualify Counsel (Doc. No. 29), Dr. Piety Foley's Response in Opposition (Doc. No. 33), Defendants' replies thereto (Doc. Nos. 37 & 57), Dr. Piety Foley's Sur-Replies (Doc. Nos. 38 & 53), and the oral argument held on December 20, 2022, it is **ORDERED** that the motion (Doc. No. 29) is **DENIED** without prejudice for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE