IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,** <br> **Plaintiff,** <br><br> v. <br><br> **DREXEL UNIVERSITY, ROGER KURTZ** <br> **Defendants.** | CIVIL ACTION <br><br><br><br> NO. 22-1777 |

**O R D E R**

**AND NOW**, this 25th day of July, 2024, upon consideration of the Defendants' Motion for Summary Judgment (ECF Nos. 102 and 103) and all responses and replies thereto (ECF Nos. 105, 106, 107, and 108), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART.** The Motion is **GRANTED** as to Piety Foley's claims under Title VII of the Civil Rights Act of 1964; the Pennsylvania Human Relations Act; and Title IX of the Education Amendments of 1972. The Motion is **DENIED** as to Piety Foley's claim under the Equal Pay Act of 1963.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**