IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,** <br> Plaintiff, | CIVIL ACTION |
| v. | |
| **DREXEL UNIVERSITY,** <br> Defendant. | NO. 22-1777 |

**O R D E R**

**AND NOW**, this 19th day of September, 2024, upon consideration of Defendant's Omnibus Motion in Limine (ECF Nos. 195, 214) and Plaintiff's Response thereto (ECF No. 210); Plaintiff's Omnibus Motion in Limine (ECF Nos. 197 & 202, 213) and Defendant's Response thereto (ECF No. 208); and Defendant's Motion to Quash Subpoena (ECF No. 216), it is **HEREBY ORDERED** as follows:

1. Before **12pm ET on September 20, 2024**, Defendant shall provide Plaintiff and Plaintiff's counsel access to a Drexel University payroll database containing the historical salary information of all Professors in the Department of English and Philosophy from May 9, 2019 to the present;

2. Defendant shall also ensure that Keyanah Jones, Human Resources Business Partner at Drexel University, brings to trial a laptop, tablet, or another electronic device with access to Drexel University's payroll database containing the historical salary information of all Professors in the Department of English and Philosophy from May 9, 2019 to the present, so that the database may be accessed during examination of the witness;

3. Before **3pm ET on September 20, 2024**, the Parties shall file a Final Joint Exhibit List;

4. With regard to any previously-filed briefs, responses, memoranda of law, and/or judicial Orders identified on Plaintiff's Exhibit List (Exhibit A to ECF No. 215), Defendant's Omnibus Motion in Limine (ECF No. 195) is **GRANTED**, except that Plaintiff shall be not be barred from offering as evidence at trial certain documents previously submitted as exhibits or attachments to any above-mentioned filing, subject to the Court's ruling on admissibility at trial and only insofar as Plaintiff has identified any such document as a standalone exhibit on a Final Exhibit List, to be submitted to the Court as Ordered above;

5. With regard to any live witness testimony of Leslie Miller Greenspan, Defendant's Omnibus Motion in Limine (ECF No. 195) and Defendant's Motion to Quash Subpoena (ECF No. 216) are **GRANTED**;

Plaintiff's Omnibus Motion in Limine (ECF No. 197), as well as any portions of Defendant's Omnibus Motion in Limine (ECF No. 195) not addressed above, are **HEREBY TAKEN UNDER ADVISEMENT**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**