IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,**<br>Plaintiff, | CIVIL ACTION |
| v. | |
| **DREXEL UNIVERSITY,**<br>Defendant. | NO. 22-1777 |

### O R D E R

**AND NOW**, this 10th day of January, 2025, it is **HEREBY ORDERED** that this case is referred to Judge L. Felipe Restrepo for a settlement conference. Counsel for the Parties shall await contact from Judge Restrepo to schedule a settlement conference.

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**