IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,** <br> Plaintiff, <br><br> v. <br><br> **DREXEL UNIVERSITY,** <br> Defendant. | CIVIL ACTION <br><br><br><br> NO.  22-1777 |

**O R D E R**

**AND NOW**, this 14th day of January, 2025, upon consideration of Defendant Drexel University's Renewed Motion for Reconsideration of Court's Order of September 23, 2024 (ECF No. 236), it is **HEREBY ORDERED** that Defendant's Motion is **DENIED**.[1]

BY THE COURT:

*/s/ Wendy Beetlestone*
**WENDY BEETLESTONE, J.**

---

[1] Local Rule of Civil Procedure 7.1(g) requires motions for reconsideration to "be served and filed within fourteen (14) days after the entry of the order concerned, other than those governed by Federal Rule of Civil Procedure 59(e)," in which case the movant has twenty-eight (28) days to file.

Here, Defendant seeks reconsideration of a Court order dated and docketed on September 23, 2024—one-hundred and thirteen (113) days ago.  Although Defendant fashions its request as a "renewed" version of a motion it previously (and timely) filed (*see* ECF No. 225), Local Rule 7.1(g) does not carve out an exception to its time-bar for "renewed" motions.  Defendant's Motion must therefore be denied as untimely pursuant to Local Rule 7.1(g).