IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,**<br>Plaintiff, | CIVIL ACTION |
| v. | |
| **DREXEL UNIVERSITY,**<br>Defendant. | NO. 22-1777 |

## O R D E R

**AND NOW**, this 29th day of January, 2025, upon consideration of Defendant Drexel University's Motion in Limine (ECF No. 240) and all responses and replies thereto (ECF Nos. 244, 245), it is **HEREBY ORDERED** that Defendant's Motion is disposed in the manner set forth on the trial record in open court on January 27, 2025, and January 28, 2025.

The Clerk of Court is directed to **TERMINATE** the Motion.

BY THE COURT:

S/ WENDY BEETLESTONE

_____
WENDY BEETLESTONE, J.