IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,**  Plaintiff, | **CIVIL ACTION** |
| v. | |
| **DREXEL UNIVERSITY,**  Defendant. | **NO. 22-1777** |

### O R D E R

**AND NOW**, this 30th day of January, 2025, upon review of the Protective Order filed in the above-captioned case on February 21, 2023 (ECF No. 51), and pursuant to both the Court's inherent authority and the authority "to modify th[e] Protective Order at any time in the interest of justice" enumerated in Section XVI(H) of the above-mentioned Protective Order, it is **HEREBY ORDERED** that Section XVI(B) of the Protective Order is modified to **DELETE** and **STRIKE** the sentence reading "The Court shall retain jurisdiction after Final Determination of this matter to hear and resolve any disputes arising out of this Protective Order."

BY THE COURT:

S/ WENDY BEETLESTONE

_____
**WENDY BEETLESTONE, J.**