IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,**<br>Plaintiff,<br><br>v.<br><br>**DREXEL UNIVERSITY,**<br>Defendant. | **CIVIL ACTION**<br><br><br><br>**NO. 22-1777** |

### O R D E R

**AND NOW**, this 30th day of January, 2025, upon consideration of Plaintiff Marilyn Gaye Piety Foley's Motion to Modify the Verdict (ECF No. 255), Plaintiff's Motion Requesting that the Court Calculate Damages Based Only on the Highest Paid Male Comparator (ECF No. 256), and Plaintiff's Emergency Motion to Modify Scheduling Order (ECF No. 257), it is **HEREBY ORDERED** that the Motions are **DENIED**.

BY THE COURT:

S/ WENDY BEETLESTONE

**WENDY BEETLESTONE, J.**