IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,**<br>Plaintiff, | CIVIL ACTION |
| v. | |
| **DREXEL UNIVERSITY,**<br>Defendant. | NO. 22-1777 |

### O R D E R

**AND NOW**, this 31st day of January, 2025, with the appropriate amount of damages having been agreed upon by the parties after a trial by jury, and the Court having considered Defendant Drexel University's request to reduce these damages pursuant to 29 U.S.C. § 260 and having determined, based on the parties' submissions (ECF Nos. 259, 260) and the evidence adduced at trial, that these damages should not be reduced, it is **HEREBY ORDERED** that **JUDGMENT IS ENTERED** against Defendant Drexel University and in favor of Plaintiff Marilyn Gaye Piety Foley in the amount of Three Hundred and Fifty-Four Thousand, Nine Hundred and Ninety-Three Dollars and Forty-Two Cents ($354,993.42).

The Clerk of Court is **DIRECTED** to **TERMINATE** this case and mark it **CLOSED**.

BY THE COURT:

S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, J.**