IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,**<br>Plaintiff,<br><br>v.<br><br>**DREXEL UNIVERSITY,**<br>Defendant. | CIVIL ACTION<br><br><br><br><br>NO. 22-1777 |

### O R D E R

**AND NOW**, this 27th day of February, 2025, upon receipt of Defendant Drexel University's Motion to Stay Execution of Judgment (ECF No. 269), it is **HEREBY ORDERED** that Plaintiff Marilyn Gaye Piety Foley **SHALL RESPOND** to Defendant's Motion **on or before Sunday, March 2, 2025**.

BY THE COURT:

S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, J.**