IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARILYN GAYE PIETY FOLEY,<br>Plaintiff,<br><br>v.<br><br>DREXEL UNIVERSITY and ROGER KURTZ,<br>Defendants. | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: | CIVIL ACTION NO.:<br>2:22-cv-01777-WB |

### DEFENDANT DREXEL UNIVERSITY'S
### MOTION FOR POST-TRIAL RELIEF

Pursuant to Federal Rules of Civil Procedure 50(b), 50(c), 59(a), and 59(e), Defendant, Drexel University ("Drexel"), moves for judgment as a matter of law on Plaintiff's claim of willfulness or, in the alternative, a new trial on all issues as to Plaintiff's Equal Pay Act claim against Drexel, a new trial on damages, or a vacation or reduction of the liquidated damages award on account of Drexel's supposed lack of good faith.[1] In support of this motion, Drexel incorporates by reference and relies upon the Memorandum of Law filed contemporaneously herewith.

Respectfully submitted:

| **LAMB MCERLANE PC** | **TUCKER LAW GROUP** |
|---|---|
| By: /s/ Maureen M. McBride<br>Maureen M. McBride<br>Andrew P. Stafford<br>Attorney I.D. Nos. 57668/324459<br>24 East Market Street, Box 565<br>West Chester, PA 19381<br>(610) 430-8000<br>mmcbride@lambmcerlane.com<br>astafford@lambmcerlane.com | By: /s/ Leslie Miller Greenspan<br>Joe H. Tucker, Jr.<br>Leslie Miller Greenspan<br>Hillary B. Weinstein<br>Attorney I.D. Nos. 56617/91639/209533<br>1800 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>jtucker@tlgattorneys.com<br>lgreenspan@tlgattorneys.com<br>hwesinstein@tlgattorneys.com |

---

[1] The judgment was entered only against Drexel. Prior to trial, summary judgment was granted in favor of Roger Kurtz. The instant motion is therefore filed on behalf of Drexel only.

*Attorneys for Defendant, Drexel University*

Date: <u>February 27, 2025</u>