IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARILYN GAYE PIETY FOLEY<br><br>Plaintiff,<br><br>v.<br><br>DREXEL UNIVERSITY and ROGER KURTZ,<br><br>Defendants. | : CIVIL ACTION NO.:<br>: 2:22-cv-01777-WB<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**[PROPOSED] ORDER**

The matter is before the Court on the motion filed by Defendant Drexel University pursuant to Federal Rule of Civil Procedure 62(d) for approval of a supersedeas bond to stay the execution on, and proceedings to enforce, the judgment entered in favor of Plaintiff and against Drexel University on January 31, 2025 (ECF No. 261) pending the final resolution of post-trial motions and appellate proceedings. The Court hereby ORDERS as follows:

1. The supersedeas bond in the amount of $425,992.10 issued by U.S. Specialty Insurance Company, as surety, is hereby approved; and

2. Pursuant to Federal Rule of Civil Procedure 62(d), the judgment entered January 31, 2025 (ECF No. 261) is stayed pending the final resolution of post-trial motions and appellate proceedings. While the stay is in effect, no execution may issue against Drexel University, nor may any proceedings be taken to enforce the judgment as against Drexel University.

Dated: March ___, 2025

_____
Hon. Wendy Beetlestone
United States District Judge