## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below the foregoing document has been electronically filed pursuant to the Court's Electronic Filing System. Notice of this filing will be sent to all registered counsel of record by operation of the Court's electronic filing system.

Date:  March 7, 2025                                                     **LAMB McERLANE PC**

By: */s/ Maureen M. McBride*
     Maureen M. McBride