IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,**<br>Plaintiff,<br><br>v.<br><br>**DREXEL UNIVERSITY,**<br>Defendant. | **CIVIL ACTION**<br><br><br><br><br>**NO.  22-1777** |

## O R D E R

**AND NOW**, this 10th day of March, 2025, upon consideration of Defendant Drexel University's Motion for Approval of Supersedeas Bond and Stay of Judgment Under Rule 62(d) (ECF No. 278), and noting that the Motion is unopposed by Plaintiff Marilyn Gaye Piety Foley (*see* ECF No. 278-1 at 5), it is **HEREBY ORDERED** as follows:

1. The supersedeas bond in the amount of $425,992.10, issued by U.S. Specialty Insurance Company as surety (ECF No. 278-2), is **APPROVED**.

2. The Judgment entered against Drexel University on January 31, 2025 (ECF No. 261) is **STAYED** pending the final resolution of post-trial motions and appellate proceedings. While this stay is in effect, no execution may issue against Drexel University, nor may any proceedings be taken to enforce the judgment as against Drexel University.

BY THE COURT:

S/ WENDY BEETLESTONE

**WENDY BEETLESTONE, J.**