**BRIAN J. FOLEY, ATTORNEY AT LAW**

Brian J. Foley, Esquire  *Attorney for Plaintiff*
6701 Germantown Ave – Ste 200
Philadelphia, PA 19119
(267) 930-4425 v (267) 930-4425 f

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY** : |  |
| : |  |
| **Plaintiff** : |  |
| v. : | CIVIL ACTION NO.: 22-cv-1777 |
| : | Before the Hon. Wendy Beetlestone |
| **DREXEL UNIVERSITY,** : | United States District Judge |
| : |  |
| **Defendant** : |  |

**Plaintiff's Supplemental Time Log of Hours Spent on Matters After Fee Petition Was Filed February 14 (ECF #266)**

There were four (4) matters, plus this supplemental time log:

1. Follow up with Court re technical issue in filing Fee Petition **0.3 hours**
2. Piety Response (ECF #275) in Opposition to Drexel's Motion for Stay of Execution Without Drexel Having to File Supersedeas Bond (MTS) **15.8 hours (Brian Foley)**
3. Piety Reply (ECF #279) in Support of Piety's Fee and Costs Petition: **23.2 hours (Brian Foley)**
4. Piety Response (ECF #281) in Opposition to Drexel Motion for Post-Trial Relief (DMFPTR) **28.7 hours (Brian Foley)**
5. Supplemental Time Log: **0.8 hours** (Brian Foley)

**TOTAL HOURS SINCE FEBRUARY 14: Brian Foley: 68.8 hours**

## TIME ENTRIES FOR BRIAN FOLEY AND LORRIE McKINLEY:

*February 15 and 18 2025*

Follow up with Court re technical error in filing fee petition

**0.3 hours**

<mark style="background-color:#00FF00">*TOTAL Follow Up re Tech Error:* **0.3 hours***</mark>

*February 26 2025*

Review phone message from Maureen McBride, Esq., counsel for Drexel, regarding waiving bond requirement and briefly research issue and write email response to her

**0.3 hours**

*February 27 2025*

Review Drexel's MTS and do legal research re extraordinary act of district court letting losing defendant have stay of execution without having to file supersedeas bond – My response is due Sunday

**1.3 hours**

*February 28, 2025*

Work on response to Drexel's MTS - response is due Sunday

**4.2 hours**

*March 1, 2025*

Work on response to Drexel's MTS response is due tomorrow

**3.2 hours**

*March 2, 2025*

Work on response to Drexel's MTS response is due today – finish and file Resonse and Exhibits regarding Drexel's financial woes (inability to pay judgment) and Drexel's retaliation against Piety (unwillingness to pay judgment)

**6.8 hours**

<mark style="background-color:#00FF00">*TOTAL RESPONSE TO MTS:* **15.8 hours***</mark>

*March 3 2025*

Work on Piety Reply ISO Fee and Costs Petition – review Drexel's Response

**0.8 hours**

*March 4, 2025*

Work on Piety Reply ISO Fee and Costs Petition – several different arguments to address (10 points made), review the cited cases, start research

**5.5 hours**

*March 5, 2025*

Work on Piety Reply ISO Fee and Costs Petition

**4.4  hours**

*March 6, 2025*

Work on Piety Reply ISO Fee and Costs Petition **– 5.1 hours**

*March 7, 2025*

Work on Piety Reply ISO Fee and Costs Petition – finish and file – inter alia keep within 10 pages as required by Court's policy

**7.4 hours**

Lorrie McKinley - review Reply ISO Fee and Costs Petition draft and discuss with Brian Foley

0.8 hours – No Charge

*TOTAL REPLY ISO Fee and Costs Petition:* ***23.2 hours***

*March 9 2025*

Work on Piety Response to Drexel Motion for Post-Trial Relief (DMFPTR) – review the motion, review trial transcript, start research on willfulness

**2.3 hours**

*March 10, 2025*

Work on Piety Response to Drexel Motion for Post-Trial Relief (DMFPTR). Inter alia reviewed Drexel's September 30 2024 Motion for Reconsideration and Piety's October 14 2024 Response to Drexel's September 30 2024 Motion for Reconsideration.

**2.2 hours**

*March 11, 2025*

Work on Piety Response to Drexel Motion for Post-Trial Relief (DMFPTR) including inter alia research on Drexel's Rule 50 waiver for footnote 1; transcript review

**6.5 hours**

*March 12, 2025*

Work on Piety Response to Drexel Motion for Post-Trial Relief (DMFPTR) including inter alia research on Drexel's waiver of "throw away arguments"; transcript review

**9.8 hours**

*March 13, 2025*

Finish and file Piety Response to Drexel Motion for Post-Trial Relief (DMFPTR)

**7.9 hours**

*TOTAL Work on Piety Response to Drexel Motion for Post-Trial Relief (DMFPTR): **28.7 hours***

*March 30, 2025*

Review and compile time logs for Supplemental Filing

**0.7 hours**

*March 31, 2025*

Review and compile time logs for Supplemental Filing – finish and file

**0.1 hours**

*TOTAL Work on Review and compile time logs for Supplemental Filing:* **0.8 hours**

                Respectfully submitted,

                **BRIAN J. FOLEY, ATTORNEY AT LAW**

                */s/ Brian J. Foley*

                BRIAN J. FOLEY, ESQUIRE

                6701 Germantown Ave - Ste 200
                Philadelphia, PA 19119
                (267) 930-4425 v (267) 930-4425 f
                *Attorney for Plaintiff*

March 31, 2025

### CERTIFICATE OF SERVICE

    I, BRIAN J. FOLEY, ESQ., attorney for Plaintiff, Marilyn Gaye Piety Foley, hereby certify that on March 31, 2025 a true and correct copy of the foregoing Reply and exhibits were filed electronically and are available for viewing and downloading from the Court's ECF system and that a notice of electronic filing will be generated to all counsel of record, thereby constituting service of the documents.

                                                */s/ Brian J. Foley*