IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,**<br>Plaintiff, | CIVIL ACTION |
| v. | |
| **DREXEL UNIVERSITY,**<br>Defendant. | NO.  22-1777 |

# O R D E R

**AND NOW**, this 4th day of April, 2025, upon consideration of Defendant Drexel University's Motion for Post-Trial Relief Pursuant to Federal Rules of Civil Procedure 50 and 59 (ECF No. 271), as well as Plaintiff Marilyn Gaye Piety Foley's Response in Opposition thereto (ECF No. 281), it is **HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:


S/ WENDY BEETLESTONE
_____
WENDY BEETLESTONE, J.