IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,**<br>Plaintiff,<br><br>v.<br><br>**DREXEL UNIVERSITY, ROGER KURTZ**<br>Defendants. | **CIVIL ACTION**<br><br><br><br><br>NO. 22-1777 |

## O R D E R

**AND NOW**, this 8th day of April, 2025, upon consideration of Defendant Drexel University's Motion to Redact Salary Information (ECF No. 286) and Plaintiff's response thereto (ECF No. 289), it is **HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

*S/* **WENDY BEETLESTONE**
_____
**WENDY BEETLESTONE, J.**