**BRIAN J. FOLEY, ATTORNEY AT LAW**
Brian J. Foley, Esquire                                          *Attorney for Plaintiff*
6701 Germantown Ave – Ste 200
Philadelphia, PA 19119
(267) 930-4425 v (267) 930-4425 f

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARILYN GAYE PIETY FOLEY** | : | |
| | : | |
| **Plaintiff** | : | |
| v. | : | **CIVIL ACTION NO.: 22-cv-1777** |
| | : | **Before the Hon. Wendy Beetlestone** |
| **DREXEL UNIVERSITY,** | : | **United States District Judge** |
| | : | |
| **Defendant** | : | |

### Plaintiff's Supplemental Time Log of Hours Spent on Matters After Fee Petition (ECF No. 266) Was Filed From April 1 2025 – April 9 2025

There was one (1) matter, plus this supplemental time log:

1. Piety Response (ECF No. 289) in Opposition to Drexel Motion to Redact Salary Information (ECF No. 286) **18.6 hours (Brian Foley)**
2. Supplemental Time Log:  **0.2 hours** (Brian Foley)

**TOTAL HOURS From April 1 2025 – April 9 2025: Brian Foley: 18.8 hours**

**TOTAL FEES From April 1 2025 – April 9 2025: 18.8 hours x $770 / hour = $14,479**

### TIME ENTRIES FOR BRIAN FOLEY

### April 1 2025 – April 9 2025

**April 1, 2025**

Review Drexel Motion to Redact Trial

Review the 8 cases Drexel relies on, review my prior research on waiver, outline response

3.1 hours

**April 2, 2025**

Work on Response to Drexel Motion to Redact including legal research

9.5 hours

**April 3, 2025**

Work on Response to Drexel Motion to Redact including legal research

1.8 hours

**April 7, 2025**

Work on and finish and file Response to Drexel's Motion to Redact

4.2 hours

**April 9, 2025**

Supplemental Time Log - 0.2 hours

**TOTAL HOURS From April 1 2025 – April 9 2025: Brian Foley: 18.8 hours**

**TOTAL FEES From April 1 2025 – April 9 2025: 18.8 hours x $770 / hour = $14,479**

Respectfully submitted,

**BRIAN J. FOLEY, ATTORNEY AT LAW**

*/s/ Brian J. Foley*

BRIAN J. FOLEY, ESQUIRE

6701 Germantown Ave - Ste 200
Philadelphia, PA 19119
(267) 930-4425 v (267) 930-4425 f
*Attorney for Plaintiff*

April 9, 2025

## <u>CERTIFICATE OF SERVICE</u>

I, BRIAN J. FOLEY, ESQ., attorney for Plaintiff, Marilyn Gaye Piety Foley, hereby certify that on April 9, 2025 a true and correct copy of the foregoing Supplemental Timelog was filed electronically and are available for viewing and downloading from the Court's ECF system and that a notice of electronic filing will be generated to all counsel of record, thereby constituting service of the documents.

*/s/ Brian J. Foley*