IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARILYN GAYE PIETY FOLEY,<br><br>Plaintiff,<br><br>v.<br><br>DREXEL UNIVERSITY and ROGER KURTZ,<br><br>Defendants. | :  CIVIL ACTION NO.:<br>:  2:22-cv-01777-WB<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFENDANT DREXEL UNIVERSITY'S NOTICE OF APPEAL

Notice is hereby given that Defendant, Drexel University, by and through its counsel, Lamb McErlane PC and Tucker Law Group, appeals to the United States Court of Appeals for the Third Circuit from the judgment entered in this action on January 31, 2025 (ECF No. 261), as to which Drexel University's Motion for Post-Trial Relief Pursuant to Fed.R.Civ.P. 50 and 59 (ECF No. 271) was denied by order entered April 4, 2025 (ECF No. 288).

Date: May 2, 2025

Respectfully submitted,

| **LAMB McERLANE PC** | **TUCKER LAW GROUP** |
|---|---|
| By:  /s/ Maureen M. McBride<br>       Maureen M. McBride<br>       Jonathan F. Ball<br>       Attorney I.D. Nos. 57668/59420<br>       24 East Market Street, Box 565<br>       West Chester, PA 19381-0565<br>       (610) 430-8000<br>       mmcbride@lambmcerlane.com<br>       jball@lambmcerlane.com | By:  /s/ Joe H. Tucker, Jr.<br>       Joe H. Tucker, Jr.<br>       Leslie Miller Greenspan<br>       Hillary B. Weinstein<br>       Attorney I.D. Nos. 56617/91639/209533<br>       Ten Penn Center<br>       1800 Market Street, Suite 2500<br>       Philadelphia, PA 19103<br>       (215) 875-0609<br>       jtucker@tlgattorneys.com<br>       lgreenspan@tlgattorneys.com<br>       hwesinstein@tlgattorneys.com |

*Attorneys for Defendant, Drexel University*