**BRIAN J. FOLEY, Attorney at Law** (PA ID No. 68806)
6701 Germantown Avenue, Suite 200
Philadelphia, PA  19119
(267) 930-4425
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Marilyn Gaye Piety Foley** | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.  22-cv-1777-WB |
| | : | |
| v. | : | |
| **Drexel University** | : | |
| | : | |
| Defendant | : | |

### Plaintiff Marilyn Gaye Piety Foley's Notice of Cross-Appeal

Plaintiff, Marilyn Gaye Piety Foley, by and through her counsel, Brian J. Foley, Esquire, appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this case on January 31, 2025 (ECF # 261). Plaintiff appeals the Court's denial of *Plaintiff's Motion Requesting that Court Calculate Damages Based Only on Highest Paid Male Comparator to Avoid Perpetuating Pay Discrimination and a Pay Glass Ceiling for Women* (ECF #256), which the Court denied by Order entered January 30, 2025 (ECF #258).

Respectfully Submitted,

*/s/ Brian J. Foley*

BRIAN J. FOLEY, ESQUIRE
6701 Germantown Ave - Ste 200
Philadelphia, PA 19119
(267) 930-4425 v (267) 930-4425 f
Attorney for Plaintiffs

**Dated: May 16, 2025**

## CERTIFICATE OF SERVICE

I, BRIAN J. FOLEY, ESQ., attorney for Plaintiff, hereby certify that on May 16, 2025, the foregoing ***Plaintiff's Notice of Cross-Appeal*** was filed and served via this Court's electronic filing system on all counsel of record.

*/s/ Brian J. Foley*
Brian J. Foley, Esq.