IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN GAYE PIETY FOLEY,**<br>**Plaintiff,**<br><br>v.<br><br>**DREXEL UNIVERSITY,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 22-1777** |

## ORDER

**AND NOW**, this 31st day of July, 2025, upon consideration of Plaintiff Marilyn Gaye Piety Foley's Petition for Attorney's Fees and Costs it is **HEREBY ORDERED** that Plaintiff's Petition is **GRANTED IN PART**. Defendant is **ORDERED** to submit payment to Plaintiff Marilyn Gaye Piety Foley for her requested attorney's fees, as modified by the accompanying opinion, in the total amount of Five Hundred and Forty Thousand, Five Hundred and Forty-Three Dollars and Sixty Cents ($540,543.60) and costs in the amount of Five Thousand, Nine Hundred and Sixty Dollars and Eighty-Eight cents ($5,960.88).

                                                                                **BY THE COURT:**

                                                                        s/ **WENDY BEETLESTONE**

                                                                       **WENDY BEETLESTONE, J.**