# EXHIBIT A

U.S. SPECIALTY INSURANCE COMPANY

RIDER/ENDORSEMENT

To be attached to and form part of Bond No.: **1001208699**

On behalf of: **Drexel University**

Issued by: **U.S. Specialty Insurance Company**

Filed In: **USDC, Eastern District of Pennsylvania**

In consideration of the premium charged for the attached bond it is agreed that:

IN RELATION TO ANY PAST, PRESENT AND/OR FUTURE LIABILITY ASSOCIATED WITH ISSUANCE OF THE BOND AT HAND, THE AMOUNT OF THE BOND BE **INCREASED** AS FOLLOWS:

| FROM | TO |
|---|---|
| **$425,992.10** | **$1,081,797.48** |

Provided, however, that the attached bond as changed by this rider shall be subject to all its agreements, limitations, and conditions, and the liability of the surety under the attached bond as changed by this rider shall not be cumulative.

This rider shall become effective this __7__ day of August, 2025.

Signed, sealed and dated this __7__ day of August, 2025.

**U.S. SPECIALTY INSURANCE COMPANY**

BY: _____

Conway C. Marshall, Attorney In Fact



## POWER OF ATTORNEY
### AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING COMPANY
### UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, Texas Bonding Company, an assumed name of American Contractors Indemnity Company, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

Stephen M. Beahm, Sara S. DeJarnette, Kristine Donovan, Clark P. Fitz-Hugh, David C. Joseph, Elizabeth W. Kearney, Catherine C. Kehoe, Conway C. Marshall or Amanda A. Riedl of New Orleans, Louisiana

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed** _____*****Three Million*****_____ Dollars ( ***$3,000,000.00*** ). This Power of Attorney shall expire without further action on ___January 31, 2028___. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:
*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings, including any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts, and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.
*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 7th day of February 2024.

AMERICAN CONTRACTORS INDEMNITY COMPANY, TEXAS BONDING COMPANY, UNITED STATES SURETY COMPANY, U.S. SPECIALTY INSURANCE COMPANY

By: _____
Jon Schneider, Vice President

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On this _7th day of February 2024_, before me, ___D. Littlefield___, a notary public, personally appeared ___Jon Schneider___, ___Vice President___ of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (seal)

D. LITTLEFIELD
Notary Public - California
Los Angeles County
Commission # 2478570
My Comm. Expires Jan 31, 2028

I, ___Azniv Tashdjian___, ___Assistant Secretary___ of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this _7_ day of _August_ _2025_.

Bond No. _1001208606_
Agency No. _11511_

_____
Azniv Tashdjian, Assistant Secretary

HCCSMANWETPOA07/2023

Visit tmhcc.com/surety for more information